No. 508. WALKER, ADMINISTRATRIX, *v.* CALIFORNIA ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. Appellant *pro se. Edmund G. Brown,* Attorney General of Cali-

fornia, and *William J. Power,* Deputy Attorney General, for appellees.

